AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
FEB - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Folarin Awofala
9434 Washington Blv.
Lanham, MD  20706

**SUMMONS IN A CIVIL CASE**

V.

Monroe J. Carell, Jr.
Central parking Systems
1225 I Street, NW
Washington, DC  20005

CASE NUMBER  1:06CV02100

JUDGE: Ricardo M. Urbina

DECK TYPE: General Civil

DATE STAMP: 12/11/2006



TO: (Name and address of Defendant)

Monroe J. Carell, Jr. C.E.O.
Central parking Systems
1225 I Street, NW
Washington, DC  20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Rev. Uduak James Ubom, Esq.
UBOM LAW GROUP, PLLC
7600 Georgia Avenue, NW  Suite 410
Washington, DC  20012

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEC 11 2006

CLERK                                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | JANUARY #17TH, 18 JANUARY 30TH 07 |
| NAME OF SERVER (PRINT) CHARLES ADDO | TITLE PROCESS SERVER PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: RENEE RICE, TEAM LEADER CORPORATION SERVICE COMPANY, 1090 VERMONT AV. NW #430 WASHINGTON DC 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $100.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JAN 30TH 2007
Date

Signature of Server CHARLES ADDO

Address of Server 4736 SOUTHLAND AVENUE ALEXANDRIA VA 22312

City/County of Prince George
State of Maryland
Sworn to and subscribed before me this 30th
day of Jan, 2007
Witness my hand and official seal.
Raphael D. Ukutt, Notary Public
My Comm. Exps. 13/04/2009

RAPHAEL DICK UKUTT
Notary Public
Prince George's Co., MD
My Comm. Exps. April 13, 2009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.