UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOLARIN AWOFALA,**<br><br>      **Plaintiff,**<br><br>      **v.**<br><br>**CENTRAL PARKING SYSTEMS, INC.,**<br>**MONROE J. CARELL, JR.,**<br><br>      **Defendant.** | Case No. 1:06-cv-02100-RMU |

**DEFENDANT'S DISCLOSURE OF**
**CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Defendant, Central Parking System of Virginia, Inc., certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Central Parking System of Virginia, Inc. which have any outstanding securities in the hands of the public:

- Central Parking System of Virginia, Inc., Plaintiff's employer, is a subsidiary of Central Parking System, Inc., which in turn is a subsidiary of Central Parking Corporation.

- Central Parking Corporation is publicly traded.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  February 23, 2007                    Respectfully submitted,

                                                  LITTLER MENDELSON

                                  By:  _____/s/_____
                                      Joseph P. Harkins (DC Bar No. 394902)
                                      1150 17th Street, N.W.
                                      Suite 900
                                      Washington, D.C. 20036
                                      (202) 842-3400  Telephone
                                      (202) 842-0011  Facsimile

                                      Attorney for Prospective Defendant
                                      Central Parking System of Virginia, Inc.
                                      and Monroe J. Carell, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February, 2007, a copy of Defendant's Disclosure of Corporate Affiliations and Financial Interests were served, electronically, via ECF filing, upon:

>Rev. Uduak James Ubom, Esquire
>Ubom Law Group, PLLC
>7600 Georgia Avenue, N.W.
>Suite 410
>Washington, DC  20012
>
>Counsel for Plaintiff Folarin Awofala

_____/s/_____
Joseph P. Harkins