UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON DC

| | | |
|---|---|---|
| FOLARIN AWOFALA | * | |
| 9434 Washington Boulevard | * | |
| Lanham, Maryland 20706 | * | |
| | * | |
|     Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 3:04cv866 |
| | * | |
| Monroe J. Carell, Jr. | * | |
| Central Parking Systems | * | |
| 1225 I Street, N.W. | * | |
| Washington, DC 20012 | * | |
| | * | |
|     Defendant. | * | |

*******************************

## PLAINTIFF'S ANSWER TO ORDER TO SHOW CAUSE

Plaintiff, Folarin Awofala through counsel hereby responds to this Court's Order to Show Cause, why the Court should not grant Defendant's Motion as conceded. In Response Plaintiff through Counsel states as follows;

Plaintiff filed his complaint for discrimination against Defendant's in December 2006. Sometime, in February early this year, Counsel received a telephone message from Defendant's counsel office, requesting that Defendant Monroe J. Carell, Jr., not be served because he has no personal knowledge of the alleged discrimination. Counsel for Defendant further requested and advised Counsel for Plaintiff in the telephone message, that they intend to file a motion to substitute Central Parking Systems of Virginia, Inc. for Central Parking Systems.

On return from Sabbatical, counsel for Plaintiff left a message for counsel for Defendant that Plaintiff will not serve Mr. Carell, Jr., and that we will not oppose substituting Central Parking Systems of Virginia, Inc. for Central Parking Systems as the Defendant.

On receiving Defendant's motion, Plaintiff through counsel considered it a consent motion to Dismiss the Complaint against Defendant Carell, Jr. and to substitute Central Parking Systems of Virginia, Inc. for Central Parking Systems as the Defendant.

WHEREFORE, Plaintiff through counsel does not oppose Defendant's request, and moves for this Honorable Court to dismiss the Complaint against Defendant Carell, Jr. and to substitute Central Parking Systems of Virginia, Inc. for Central Parking Systems as the Defendant.

Dated: May 25, 2007                          _____/s/_____
                                              Rev. Uduak James Ubom, Esq. (D.C. Bar 449102)
                                              7600 Georgia Ave. NW., Suite 411
                                              Washington, DC 20012
                                              Tel. (202) 723-8900
                                              Fax (202) 723-5790
                                              Attorneys for Plaintiff


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 25, 2007, I caused a true and accurate copy of the forgoing Answer to Order to Show Cause to be served, electronically, via ECF filing upon;
Joseph P. Harkins,
Littler Mendelson, P.C.,
1150 17th Street, N.W.,
Suite 900,
Washington, DC 20036.

Counsel for Defendant's


                                              _____
                                              _____/s/_____
                                              Rev. Uduak James Ubom, Esq.