**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FOLARIN AWOFALA, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:  06-2100 (RMU) |
| | : | |
| v. | : | Document No.:    3 |
| | : | |
| CENTRAL PARKING SYSTEMS, INC., | : | |
| MONROE J. CARELL, JR., | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

**GRANTING THE DEFENDANT'S MOTION TO DISMISS THE COMPLAINT AGAINST DEFENDANT
CARELL AND TO SUBSTITUTE CENTRAL PARKING SYSTEM OF
VIRGINIA, INC. AS THE DEFENDANT**

On December 11, 2006, the plaintiff brought suit alleging employment discrimination

pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, and injuries pursuant to

42 U.S.C. § 1981.  The plaintiff named Central Parking Systems, Inc. and Monroe J. Carell, Jr. as

defendants.  Compl. ¶¶ 4-5.  On February 20, 2007, Central Parking System of Virginia, Inc. filed

a motion to dismiss Central Parking Systems, Inc. as incorrectly named as a defendant in the

complaint, and to dismiss the claims against Carell pursuant to Federal Rule of Civil Procedure

12(b)(6).  Def.'s Mot. to Dismiss ("Def.'s Mot.") at 1-2.  The defendant argues that Central

Parking Systems, Inc. is not a legal entity, and that Central Parking System of Virginia, Inc. is the

company that employed the plaintiff.  *Id*. at 3.  Regarding the claims against Carell, the defendant

argues that the plaintiff cannot bring a Title VII action against an individual and that the plaintiff

1

fails to allege a causal connection between Carell and the alleged facts, as is required by 42

U.S.C. § 1981.  *Id*. at 3-4.

On May 29, 2007, the plaintiff filed a response to the court's order to show cause,

indicating that it consents to the defendant's motion.  Pl.'s Ans. to Order to Show Cause at 2.

Specifically, the plaintiff joins the defendant in moving to dismiss the complaint against Carell

and in moving to substitute Central Parking System of Virginia, Inc. for Central Parking

Systems, Inc. as the defendant.  *Id*.

For the foregoing reasons, it is this 2nd day of July, 2007, hereby

**ORDERED** that the complaint against defendant Monroe J. Carell, Jr. is **DISMISSED**;

and it is

**FURTHER ORDERED** that Central Parking System of Virginia, Inc. is

**SUBSTITUTED** for Central Parking Systems, Inc. as defendant in this action.

**SO ORDERED**.


RICARDO M. URBINA
United States District Judge

2