UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOLARIN AWOFALA,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,**<br><br>　　　　**Defendant.** | Case No. 1:06-cv-2100 |

## PARTIES' JOINT RULE 16.3 REPORT

Pursuant to Local Rule 16, the parties submit the following Joint Report:

<u>Brief Statement of the Case</u>: Plaintiff, Folarin Awofala is a resident of Maryland and native of Nigeria. Defendant, Central Parking System of Virginia, Inc., which provides parking services, is incorporated in the District of Columbia. Plaintiff alleges that Defendant violated Title VII of the Civil Rights Act of 1964 and Section 1981 of the Civil Rights Act of 1866, as amended, in failing to promote Plaintiff, and in terminating the Plaintiff's employment. Defendant denies all material allegations as to discrimination being part of its decision-making process. The Court has jurisdiction over the subject matter of this civil action pursuant to 28 U.S.C. § 1331.

1. <u>Dispositive Motions</u>: Plaintiff believes the case is not likely to be disposed of by dispositive motions, but Defendant believes that it is.

2. <u>Joinder/Amendment/Narrowing</u>: Neither party anticipates joining additional parties. Both parties agree that any amendments to pleadings will be made within 30 days of the scheduling conference.

3. <u>Assignment to a Magistrate Judge</u>:  The parties do not consent to the assignment of this case to a Magistrate Judge for trial.

4. <u>Settlement Possibilities</u>: The parties remain amenable to the possibility of settlement, although they believe discovery will assist them in this regard.

5. <u>Alternative Dispute Procedures</u>:  The parties have discussed the Court's alternative dispute resolution (ADR) procedures, and they are willing to engage in mediation with a magistrate judge after discovery is complete.

6. <u>Summary Judgment</u>:  The parties disagree on whether the case can be resolved by summary judgment.  Defendants propose that motions for summary judgment be filed one month after discovery closes.

7. <u>Initial Disclosures</u>:  Pursuant to Local Rule 16.3(c)(7), the parties stipulate that initial disclosures required by Rule 26(a)(1) will be completed within 30 days of the scheduling conference.

8. <u>Discovery</u>:  The parties agree that discovery can be completed six months after the date of the scheduling conference.  The parties agree to the limitations imposed by the Federal Rules of Civil Procedure and the Local Rules.

9. <u>Experts</u>:  At this time, the Defendant does not anticipate using experts.  Plaintiff is uncertain whether he will use an expert, but he may well do so.  Defendant proposes that if the parties intend to use experts, Plaintiff's experts shall be designated no later than three months after the scheduling conference.  Defendant

        also proposes that any rebuttal experts shall be designated no later than five months after the scheduling conference.

10. <u>Class Action Procedures</u>:  The procedures governing class actions under Fed. R. Civ. Pro. 23 are not applicable to this case.

11. <u>Bifurcation of Discovery or Trial</u>:  The parties agree that no bifurcation is necessary.

12. <u>Proposed Date for the Pretrial Conference</u>:  The parties agree that a pretrial conference should be scheduled after the completion of discovery and after the court has ruled on any dispositive motions.

13. <u>Trial date</u>:  The parties propose that a firm trial date be set at the pretrial conference.

14. <u>Other Matters</u>:  Counsel for the parties look forward to discussing any other matters, as they may arise, at the scheduling conference.

Dated:  October 9, 2007							Respectfully submitted,


											/s/
											_____
											Joseph P. Harkins (D.C. Bar No. 394902)
											LITTLER MENDELSON, P.C.
											1150 17th Street N.W.
											Suite 900
											Washington, DC  20036
											202.842.3400  Telephone
											202.842.0011  Facsimile

											Counsel for Defendant
											Central Parking System of Virginia, Inc.



											/s/
											_____
											Rev. Uduak James Ubom (D.C. Bar No. 449102)
											Ubom Law Group, PLLC
											7600 Georgia Avenue, N.W.
											Suite 411
											Washington, DC 20012
											202.723.8900  Telephone
											202. 723.5790  Facsimile

											Counsel for Plaintiff
											Folarin Awofala

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of October, 2007, a true and accurate copy of the foregoing Parties' Joint Rule 16.3 Report was served electronically, via ECF filing, upon:

>Rev. Uduak James Ubom, Esquire
>Ubom Law Group, PLLC
>7600 Georgia Avenue, N.W.
>Suite 411
>Washington, DC  20012
>
>Counsel for Plaintiff Folarin Awofala

                                               /s/
                                    Joseph P. Harkins