UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FOLARIN AWOFALA, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   06-2100 (RMU) |
| | : | |
| v. | : | |
| | : | |
| CENTRAL PARKING SYSTEM OF VIRGINIA, INC, | : | |
| | : | |
| Defendant. | : | |

## CIVIL SCHEDULING ORDER[1]

In order to manage this case in a manner consistent with the highest quality of justice, it is this 23rd day of October 2007,

**ORDERED** that the parties file:

| | |
|---|---|
| Motions to Amend Pleadings or Join Parties | on or before November 22, 2007; |
| Oppositions | on or before December 6, 2007; |
| Replies | on or before December 13, 2007; |
| Initial disclosures pursuant to Rule 26(a)(1) | on or before November 22, 2007; |
| Plaintiff's Designation of Expert(s) | on or before January 22, 2008; |
| Defendant's Designation of Rebuttal Expert(s) | on or before March 21, 2008; and it is |

**FURTHER ORDERED** that:

| | |
|---|---|
| All discovery be completed | on or before April 22, 2008; and it is |

---

[1] Revised January 2005.

**ORDERED** that this case be set for:

| | |
|---|---|
| An interim status conference | on May 5, 2008 at 1:30 p.m.; and it is |

**FURTHER ORDERED** that the parties file:

| | |
|---|---|
| Dispositive motions | on or before May 23, 2008; |
| Oppositions | on or before June 23, 2008; |
| Replies | on or before July 7, 2008; and it is |

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge
