**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FOLARIN AWOFALA,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CENTRAL PARKING SYSTEM OF** )<br>**VIRGINIA, INC.,** )<br>)<br>**Defendant.** ) | Case No. 1:06-cv-02100-RMU |

**CONSENT MOTION TO EXTEND DISCOVERY**
**AND DISPOSITIVE MOTIONS DEADLINES**

Defendant, Central Parking System of Virginia, Inc., through counsel, and with the consent of Plaintiff, Folarin Awofala, through his counsel, hereby submit this Consent Motion to Extend Discovery and Dispositive Motion Deadlines ("Consent Motion"), pursuant to Federal Rule of Civil Procedure 6(b)(1), Local Rules 7 and 16.1, and this Court's Standing Order for Civil Cases.

1.  The parties have been involved in completing written discovery and depositions in this matter.

2.  Because of witnesses no longer employed by Defendant who will require a subpoena to be deposed, and in order to accommodate the schedules of deponents and counsel, the parties respectfully request an extension of time to complete discovery and to file any dispositive motions.

3.  The extension of time will allow the parties to complete discovery, and also to explore settlement options.

4. The proposed extension would move all deadlines by six weeks. (In the case when the revised deadline falls on a holiday, the deadline would be the next business day following the holiday.)

5. The current dispositive motions deadline is May 23, 2008 and the parties respectfully request that this be extended to Monday, July 7, 2008, with a discovery close date of Tuesday, June 3, 2008.

6. This is the first request for such an extension of time.

7. No party will be prejudiced by this extension, and both parties believe that the extension will ultimately lead to a clearer and better discovery record in this case.

For the reasons stated above, and for good cause shown, the parties respectfully request that the Court grant this Consent Motion, and extend the discovery and dispositive motions deadlines to the mutually agreed dates contained in the attached Proposed Order.

Dated: April 16, 2008                                Respectfully submitted,

/s/ Joseph P. Harkins
Joseph P. Harkins (DC Bar #394902)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W.
Suite 900
Washington, DC 20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile
jharkins@littler.com

Attorney for Defendant Central Parking System of Virginia, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2008, a copy of the foregoing Consent Motion To Extend Discovery and Dispositive Motions Deadlines, Memorandum of Points and Authorities In Support thereof, and Proposed Order were served electronically and via first class mail, postage prepaid upon:

>Rev. Uduak James Ubom
>7600 Georgia Avenue, N.W.
>Suite 410
>Washington, DC  20012
>
>Attorney for Plaintiff Folarin Awofala

>/s/ Joseph P. Harkins
>Joseph P. Harkins

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOLARIN AWOFALA,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,**<br><br>　　　　**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)　　Case No. 1:06-cv-02100-RMU<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT
MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**

　　1.　　Federal Rule of Civil Procedure 6(b)(1) and Local Rules 7 and 16.1.

　　2.　　This Court's Standing Order for Civil Cases.

Dated: April 16, 2008　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.


　　　　　　　　　　　　　　　　　　　/s/ Joseph P. Harkins
　　　　　　　　　　　　　　　　　　　Joseph P. Harkins (DC Bar #394902)
　　　　　　　　　　　　　　　　　　　1150 17th Street, N.W.
　　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　　　　(202) 842-3400  Telephone
　　　　　　　　　　　　　　　　　　　(202) 842-0011  Facsimile
　　　　　　　　　　　　　　　　　　　jharkins@littler.com

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Central Parking System of
　　　　　　　　　　　　　　　　　　　Virginia, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOLARIN AWOFALA,**<br><br>Plaintiff,<br><br>v.<br><br>**CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,**<br><br>Defendant. | Case No. 1:06-cv-02100-RMU |

## **PROPOSED ORDER**

Upon consideration of the Consent Motion to Extend Deadlines ("Consent Motion"), the Memorandum of Points and Authorities in support thereof, and for good cause shown, it is hereby

ORDERED that the Consent Motion is GRANTED; and the Court hereby schedules the remaining deadlines, as follows:

All discovery be completed         on or before June 3, 2008 and it is

Further Ordered that the parties file:

Dispositive motions         on or before July 7, 2008;

Oppositions         on or before August 7, 2008;

Replies         on or before September 7, 2008

Date:_____         _____
                                                                    Ricardo M. Urbina
                                                                    United States District Judge