IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOLARIN AWOFALA,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:06-cv-02100-RMU<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO EXTEND DISCOVERY
AND DISPOSITIVE MOTIONS DEADLINES**

Defendant, Central Parking System of Virginia, Inc., through counsel, and with the consent of Plaintiff, Folarin Awofala, through his counsel, hereby submit this Consent Motion to Extend Discovery and Dispositive Motion Deadlines ("Consent Motion"), under Federal Rule of Civil Procedure 6(b)(1), Local Rules 7 and 16.1, and this Court's Standing Order for Civil Cases.

1. The parties have been involved in completing written discovery and depositions in this matter.

2. The parties hope to move closer to reaching a settlement.

3. A settlement conference with Magistrate Judge Alan Kay is now scheduled for July 16, 2008.

4. The parties wish to finalize discovery and engage in mediation with Magistrate Judge Kay in an effort potentially to resolve the case prior to incurring the expense of dispositive motions.

5. The proposed extension would extend all deadlines by five weeks.

6. The current discovery close date is June 3, 2008 and the parties respectfully request that this be extended to July 8, 2008 with a dispositive motions deadline of Monday, August 11, 2008.

7. This is the second request for such an extension of time.

8. No party will be prejudiced by this extension, and both parties believe that the extension will ultimately lead to a clearer and better discovery record in this case, if settlement cannot be reached.

For the reasons stated above, and for good cause shown, the parties respectfully request that the Court grant this Consent Motion, and extend the discovery and dispositive motions deadlines to the mutually agreed dates contained in the attached Proposed Order.

Dated: June 2, 2008                                         Respectfully submitted,


/s/ Joseph P. Harkins
Joseph P. Harkins (DC Bar #394902)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W.
Suite 900
Washington, DC  20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile
jharkins@littler.com

Attorney for Defendant Central Parking System of Virginia, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2008, a copy of the foregoing Consent Motion To Extend Discovery and Dispositive Motions Deadlines, Memorandum of Points and Authorities In Support thereof, and Proposed Order were served electronically and via first class mail, postage prepaid upon:

>Rev. Uduak James Ubom
>7600 Georgia Avenue, N.W.
>Suite 410
>Washington, DC  20012
>
>Attorney for Plaintiff Folarin Awofala

>/s/ Joseph P. Harkins
>Joseph P. Harkins

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOLARIN AWOFALA,**<br><br>Plaintiff,<br><br>v.<br><br>**CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   **Case No. 1:06-cv-02100-RMU**<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT
MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**

1. Federal Rule of Civil Procedure 6(b)(1) and Local Rules 7 and 16.1.

2. This Court's Standing Order for Civil Cases.

Dated: June 2, 2008                Respectfully submitted,


/s/ Joseph P. Harkins
Joseph P. Harkins (DC Bar #394902)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W.
Suite 900
Washington, DC  20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile
jharkins@littler.com

Attorney for Defendant Central Parking System of Virginia, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOLARIN AWOFALA,** <br><br> **Plaintiff,** <br><br> v. <br><br> **CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,** <br><br> **Defendant.** | Case No. 1:06-cv-02100-RMU |

## **PROPOSED ORDER**

Upon consideration of the Consent Motion to Extend Deadlines ("Consent Motion"), the Memorandum of Points and Authorities in support thereof, and for good cause shown, it is hereby

ORDERED that the Consent Motion is GRANTED; and the Court hereby schedules the remaining deadlines, as follows:

All discovery be completed          on or before July 8, 2008 and it is

Further Ordered that the parties file:

Dispositive motions          on or before August 11, 2008;

Oppositions          on or before September 11, 2008;

Replies          on or before October 13, 2008

Date:_____          _____
                                    Ricardo M. Urbina
                                    United States District Judge