IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOLARIN AWOFALA,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> **CENTRAL PARKING SYSTEM OF** ) <br> **VIRGINIA, INC.,** ) <br> ) <br>     **Defendant.** ) | **Case No. 1:06-cv-02100-RMU** |

**CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE**

    Defendant, Central Parking System of Virginia, Inc., through counsel, and with the consent of Plaintiff, Folarin Awofala, through his counsel, hereby submits this Consent Motion to Reschedule the Status Conference ("Consent Motion"), under Federal Rule of Civil Procedure 6(b)(1), Local Rules 7 and 16.1, and this Court's Standing Order for Civil Cases.

    1.    This request is in conjunction with the Court's modification of the scheduling order on June 4, 2008.

    2.    Discovery now closes July 8, 2008.

    3.    A settlement conference with Magistrate Judge Alan Kay is now scheduled for July 16, 2008.

    4.    However, the current status conference is scheduled for June 15, 2008 at 11:00 A.M.

    5.    The parties wish to complete discovery and engage in mediation with Magistrate Judge Kay in an effort potentially to resolve the case prior to the status conference.

    6.    The parties therefore propose that the status conference be moved to the week of

July, 21, 2008.

7. Counsel are available for a status conference that week, at the Court's convenience.

8. No party will be prejudiced by this rescheduling, and both parties believe that rescheduling the status conference to a time shortly after discovery and mediation are completed will ultimately lead to a more efficient and productive status conference in this case, if settlement cannot be reached.

For the reasons stated above, and for good cause shown, the parties respectfully request that the Court grant this Consent Motion, and reschedule the status conference for the mutually agreed upon week of July 21st.

Dated: June 9, 2008                                  Respectfully submitted,


/s/ Joseph P. Harkins
Joseph P. Harkins (DC Bar #394902)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W.
Suite 900
Washington, DC  20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile
jharkins@littler.com

Attorney for Defendant Central Parking System of Virginia, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2008, a copy of the foregoing Consent Motion To Reschedule the Status Conference, Memorandum of Points and Authorities In Support thereof, and Proposed Order were served electronically and via first class mail, postage prepaid upon:

>Rev. Uduak James Ubom
>7600 Georgia Avenue, N.W.
>Suite 410
>Washington, DC  20012
>
>Attorney for Plaintiff Folarin Awofala

/s/ Joseph P. Harkins
Joseph P. Harkins

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOLARIN AWOFALA,**<br><br>Plaintiff,<br><br>v.<br><br>**CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 1:06-cv-02100-RMU<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF CONSENT MOTION RESCHEDULE STATUS CONFERENCE**

1. Federal Rule of Civil Procedure 6(b)(1) and Local Rules 7 and 16.1.

2. This Court's Standing Order for Civil Cases.

Dated: June 9, 2008                                      Respectfully submitted,


                                                                   /s/ Joseph P. Harkins
                                                                   Joseph P. Harkins (DC Bar #394902)
                                                                   LITTLER MENDELSON, P.C.
                                                                   1150 17th Street, N.W.
                                                                   Suite 900
                                                                   Washington, DC  20036
                                                                   (202) 842-3400  Telephone
                                                                   (202) 842-0011  Facsimile
                                                                   jharkins@littler.com

                                                                   Attorney for Defendant Central Parking System of Virginia, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOLARIN AWOFALA,**<br><br>    Plaintiff,<br><br>v.<br><br>**CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,**<br><br>    Defendant. | Case No. 1:06-cv-02100-RMU |

## PROPOSED ORDER

Upon consideration of the Consent Motion to Reschedule Status Conference ("Consent Motion"), the Memorandum of Points and Authorities in support thereof, and for good cause shown, it is hereby

ORDERED that the Consent Motion is GRANTED; and the Court hereby schedules the status conference, as follows:

July ___, 2008 at _____ a.m./p.m.


Date:_____         _____
                                     Ricardo M. Urbina
                                     United States District Judge