**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FOLARIN AWOFALA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Case No. 1:06-cv-02100-RMU** |
| **CENTRAL PARKING SYSTEM OF** ) | |
| **VIRGINIA, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**CONSENT MOTION TO EXTEND DISCOVERY**
**AND DISPOSITIVE MOTIONS DEADLINES**

Defendant, Central Parking System of Virginia, Inc., through counsel, and with the consent of Plaintiff, Folarin Awofala, through his counsel, hereby submit this Consent Motion to Extend Discovery and Dispositive Motion Deadlines ("Consent Motion"), under Federal Rule of Civil Procedure 6(b)(1), Local Rules 7 and 16.1, and this Court's Standing Order for Civil Cases.

1. The parties have been involved in completing written discovery and depositions in this matter.

2. The parties needed to reschedule depositions to accommodate unexpected changes in counsels' court schedules, summer travel, and the July 4th holiday weekend.

3. The parties request to extend all deadlines by two weeks so that discovery will close July 22, 2008.

4. The current discovery close date is July 8, 2008 with a dispositive motions deadline of Monday, August 11, 2008.

5. This is the third request for such an extension of time.

6.     No party will be prejudiced by this extension, and both parties believe that the extension will ultimately lead to a clearer and better discovery record in this case.

For the reasons stated above, and for good cause shown, the parties respectfully request that the Court grant this Consent Motion, and extend the discovery and dispositive motions deadlines to the mutually agreed dates contained in the attached Proposed Order.

Dated:  July 8, 2008                                Respectfully submitted,


/s/ Joseph P. Harkins
Joseph P. Harkins (DC Bar #394902)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W.
Suite 900
Washington, DC  20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile
jharkins@littler.com

Attorney for Defendant Central Parking System of Virginia, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2008, a copy of the foregoing Consent Motion To Extend Discovery and Dispositive Motions Deadlines, Memorandum of Points and Authorities In Support thereof, and Proposed Order were served electronically and via first class mail, postage prepaid upon:

> Rev. Uduak James Ubom
> 7600 Georgia Avenue, N.W.
> Suite 410
> Washington, DC  20012
>
> Attorney for Plaintiff Folarin Awofala

> /s/ Joseph P. Harkins
> Joseph P. Harkins

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOLARIN AWOFALA,**<br><br>Plaintiff,<br><br>v.<br><br>**CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:06-cv-02100-RMU<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**

1. Federal Rule of Civil Procedure 6(b)(1) and Local Rules 7 and 16.1.

2. This Court's Standing Order for Civil Cases.

Dated: July 8, 2008           Respectfully submitted,


/s/ Joseph P. Harkins
Joseph P. Harkins (DC Bar #394902)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W.
Suite 900
Washington, DC  20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile
jharkins@littler.com

Attorney for Defendant Central Parking System of Virginia, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FOLARIN AWOFALA,** | |
| **Plaintiff,** | Case No. 1:06-cv-02100-RMU |
| v. | |
| **CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,** | |
| **Defendant.** | |

## PROPOSED ORDER

Upon consideration of the Consent Motion to Extend Deadlines ("Consent Motion"), the Memorandum of Points and Authorities in support thereof, and for good cause shown, it is hereby

ORDERED that the Consent Motion is GRANTED; and the Court hereby schedules the remaining deadlines, as follows:

All discovery be completed             on or before July 28, 2008 and it is

Further Ordered that the parties file:

Dispositive motions                    on or before August 25th, 2008;

Oppositions                            on or before September 25, 2008;

Replies                                on or before October 27, 2008

Date:_____           _____
                                        Ricardo M. Urbina
                                        United States District Judge

Case 1:06-cv-02100-RMU    Document 15-3    Filed 07/08/2008    Page 2 of 2