IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOLARIN AWOFALA,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06-cv-02100-RMU<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINES**

Defendant, Central Parking System of Virginia, Inc., through counsel, hereby submit this Consent Motion to Extend Dispositive Motions Deadlines ("Motion"), under Federal Rule of Civil Procedure 6(b)(1), Local Rules 7 and 16.1, and this Court's Standing Order for Civil Cases.

1. The parties have completed written discovery and discovery depositions in this matter.

2. The parties participated in a settlement conference before Magistrate Judge Kay on Tuesday, August 19, 2008 and made progress toward resolution of the case.

3. The parties wish to continue in mediation and further pursue a complete resolution of this matter.

4. On August 20, 2008, Magistrate Kay issued a minute order setting a second settlement conference for September 11, 2008.

5. The dispositive motion deadline in this case is currently August 25, 2008.

6. Because dispositive motions may prove unnecessary, the parties would like to

extend the current deadline to September 19, 2008, in order to participate in the mediation, but still preserve their rights if dispositive motions become necessary.

7.  Currently the Court has scheduled a Status Conference for September 4, 2008 at 11:00 a.m. The parties would be amenable to the Court's moving the date of the Status Conference to a date and time convenient to the Court after the new dispositives motions deadlines.

8.  Plaintiff's counsel has consented to this motion and the new proposed dates for dispositive motions and other matters.

For the reasons stated above, and for good cause shown, the Defendant respectfully requests that the Court grant this Motion, and extend the dispositive motions deadlines until September 19, 2008. Defendant further requests that other case deadlines be correspondingly extended.

Dated: August 22, 2008                    Respectfully submitted,


/s/ Joseph P. Harkins
Joseph P. Harkins (DC Bar #394902)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W.
Suite 900
Washington, DC  20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile
jharkins@littler.com

Attorney for Defendant Central Parking System of Virginia, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2008, a copy of the foregoing Motion To Extend Dispositive Motions Deadlines, Memorandum of Points and Authorities In Support thereof, and Proposed Order were served electronically and via first class mail, postage prepaid upon:

>Rev. Uduak James Ubom
>7600 Georgia Avenue, N.W.
>Suite 410
>Washington, DC  20012
>
>Attorney for Plaintiff Folarin Awofala

>/s/ Joseph P. Harkins
>Joseph P. Harkins

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOLARIN AWOFALA,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL PARKING SYSTEM OF VIRGINIA, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:06-cv-02100-RMU<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINES**

1.  Federal Rule of Civil Procedure 6(b)(1) and Local Rules 7 and 16.1.

2.  This Court's Standing Order for Civil Cases.

Dated: August 22, 2008                    Respectfully submitted,

/s/ Joseph P. Harkins
Joseph P. Harkins (DC Bar #394902)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W.
Suite 900
Washington, DC  20036
(202) 842-3400  Telephone
(202) 842-0011  Facsimile
jharkins@littler.com

Attorney for Defendant Central Parking System of Virginia, Inc.

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FOLARIN AWOFALA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CENTRAL PARKING SYSTEM OF  )<br>VIRGINIA, INC.,  )<br>  )<br>Defendant.  ) | Case No. 1:06-cv-02100-RMU |

**PROPOSED ORDER**

Upon consideration of the Consent Motion to Extend Dispositive Motions Deadlines, the Memorandum of Points and Authorities in support thereof, and for good cause shown, it is hereby

ORDERED that the Consent Motion is GRANTED; and

ORDERED that the remaining deadlines are hereby scheduled as follows:

Dispositive motions                on or before September 19, 2008;

Oppositions                        on or before October 19, 2008;

Replies                            on or before November 18, 2008

Date:_____            _____
                                  Hon. Ricardo M. Urbina
                                  United States District Judge